UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TERRANCE L. LAVOLL, | Case No. 2:19-cv-01845-KJD-DJA |
| Petitioner, | ORDER |
| v. | |
| JERRY HOWELL, et al., | |
| Respondents. | |

*Pro se* 28 U.S.C. § 2254 habeas corpus petitioner Terrance L. Lavoll has filed a motion for a copy of his petition. (ECF No. 10.) Good cause appearing,

**IT IS ORDERED** that the Clerk of Court send petitioner one file-stamped copy of the petition (ECF No. 9).

DATED: 24 October 2022.

KENT J. DAWSON
UNITED STATES DISTRICT JUDGE